# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CARL P. AMARI § Case No. 11-23399
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/01/2011 . The undersigned trustee was appointed on 06/01/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $   1,077,364.84

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,249.81 |
| Bank service fees | 48,012.05 |
| Other payments to creditors | 420,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 607,102.98 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/01/2012  and the deadline for filing governmental claims was  11/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 55,570.95 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 55,570.95 , for a total compensation of $ 55,570.95 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2016                By:/s/CATHERINE STEEGE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-23399 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | CARL P. AMARI | | | | Date Filed (f) or Converted (c): | 06/01/2011 (f) |
| | | | | | 341(a) Meeting Date: | 07/14/2011 |
| For Period Ending: | 10/28/2016 | | | | Claims Bar Date: | 05/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 2. American Charter Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Colt 45 | 150.00 | 0.00 | | 0.00 | FA |
| 6. Glock 50 | 150.00 | 0.00 | | 0.00 | FA |
| 7. Ohio National Financial Services | 0.00 | 0.00 | | 0.00 | FA |
| 8. 75% Interest in Falcon Picture Group LLC | 0.00 | Unknown | | 0.00 | FA |
| 9. 36.09% Interest in Madison Miracles, LLC | Unknown | Unknown | | 0.00 | FA |
| 10. 10% Interest is Intrepid Acquisitions LLC | 0.00 | 42,482.44 | | 42,482.44 | FA |
| 11. 1.964% Interest in Park Avenue Entertainment, LLC | 0.00 | 6,823.18 | | 8,308.71 | FA |
| 12. 50% Interest in John Mendell, LLC | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 51% Interest in Celluloid Distribution, LLC | 72,403.00 | 0.00 | | 0.00 | FA |
| 14. 270,000 Shares of Media Bay, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Black Eye Entertainment, LLC-2011 Loan | 20,000.00 | 0.00 | | 0.00 | FA |
| 16. FOID, Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2011 Jeep Wrangler | 22,500.00 | 0.00 | | 0.00 | FA |
| 18. Claimant in S.E.C. v. One Equity Corp., et al. | 0.00 | 1,011,573.69 | | 1,011,573.69 | FA |
| 19. 7400 W. Lawrence Avenue, Unit 235, Harwood Heights, IL 6070 (u) | 66,330.00 | 66,330.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,495,033.00 | $1,127,209.31 | | $1,077,364.84 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report was on file with US Trustee and Debtor amended schedules to disclose previously undisclosed asset. Trustee is investigating asset.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 11 Cutters Run<br>South Barrington, IL  60010 |
| RE PROP # | 2 | -- | (Negative Balance, -$201.03) |
| RE PROP # | 7 | -- | $1,000,000.00 Renewable Term Life Insurance |
| RE PROP # | 18 | -- | 08 CV 667 (USDC, Southern District of Ohio)<br>$2,800,000.00 plus interest<br><br>See Also:<br>Amari v. Triangle Equities, et al.<br>American Arbitration Assoc # 53180Y00104 07<br><br>In the Court of Common Pleas of Delaware County, Ohio<br>07-CVH-12-1569<br>$2,860,000.00 and current claim $3,375,385.00 |
| RE PROP # | 19 | -- | 1/3 Interest as Joint Tenant |

Initial Projected Date of Final Report (TFR): 06/30/2013     Current Projected Date of Final Report (TFR): 09/01/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit B |
|---|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE | |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9222 | |
| | Associated Bank - Checking Account | |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $966,543.23 | | $966,543.23 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $595.81 | $965,947.42 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $615.48 | $965,331.94 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $595.12 | $964,736.82 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $614.60 | $964,122.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,433.18 | $962,689.04 |
| 02/22/13 | 3001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS STREETNEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | $834.38 | $961,854.66 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,292.71 | $960,561.95 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,428.06 | $959,133.89 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,379.85 | $957,754.04 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,423.91 | $956,330.13 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,375.95 | $954,954.18 |
| 07/15/13 | 18 | FREDERICK L. RANSIER III PO Box 1008Columbus, OH  43216 | Settlement Payment | 1149-000 | $43,402.80 | | $998,356.98 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,455.19 | $996,901.79 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,482.12 | $995,419.67 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,432.34 | $993,987.33 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,477.78 | $992,509.55 |

| | | | | |
|---|---|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)* | | Page Subtotals: | $1,009,946.03 | $17,436.48 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-23399 | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | CARL P. AMARI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9222 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX7217 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,428.01 | $991,081.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,473.39 | $989,608.15 |
| 02/03/14 | 3002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St.New Orleans, LA  70139 | Blanket Bond | 2300-000 | | $758.92 | $988,849.23 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,471.35 | $987,377.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,326.16 | $986,051.72 |
| 03/17/14 | 3003 | MICHAEL J. MACIEJEWSKI, LTD. | Per Order Approving Settlement 2/27/2014 Order Approving Settlement Agreement with Michael Maciejewski, Ltd. | 4110-000 | | $35,000.00 | $951,051.72 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,445.81 | $949,605.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,366.29 | $948,239.62 |
| 06/05/14 | 3004 | SCOTT HASE | SETTLEMENT PYMNT PER 5/20/14 ORDER SETTLEMENT PAYMENT PER ORDER APPROVING SETTLEMENT DATED 5/20/14 | 4110-000 | | $230,000.00 | $718,239.62 |
| 06/05/14 | 3005 | TERRY UPTON | SETTLEMENT PYMNT PER 5/20/14 ORDER SETTLEMENT PAYMENT PER ORDER APPROVING SETTLEMENT DATED 5/20/14 | 4110-000 | | $115,000.00 | $603,239.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,409.76 | $601,829.86 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,014.85 | $600,815.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $0.00         $391,694.54

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9222 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/06/14 | 3006 | PLUNKETT COONEY PC<br><br>C/O AMELIA A BOWER<br>300 EAST BROAD STREET SUITE 590<br>COLUMBUS, OHIO 43215 | PER 7/22/14 COURT SETTLEMENT ORDER | 4110-000 | | $15,000.00 | $585,815.01 |
| 08/06/14 | 3007 | MERLE L ROYCE<br>70 WEST MADISON STREETSTE 2100CHICAGO, IL 60602 | PER 7/22/14 COURT SETTLEMENT ORDER | 4110-000 | | $25,000.00 | $560,815.01 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $893.33 | $559,921.68 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.68 | $559,065.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $804.42 | $558,260.58 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $829.97 | $557,430.61 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $802.02 | $556,628.59 |
| 12/11/14 | 10 | JERNBERG LAW GROUP LLC | ACCRUED DISTRIBUTION FOR INTREPID | 1123-000 | $1,875.00 | | $558,503.59 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $829.36 | $557,674.23 |
| 01/21/15 | 10 | JERNBERG LAW GROUP LLC<br>905 N. Carlyle LnArlington Heights, IL 60004 | INTREPID DISTRIBUTION | 1123-000 | $40,000.00 | | $597,674.23 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $850.25 | $596,823.98 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $801.42 | $596,022.56 |
| 03/18/15 | 3008 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $338.14 | $595,684.42 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $886.06 | $594,798.36 |
| 04/21/15 | 10 | JERNBERG LAW GROUP LLC | ACCRUED DISTRIBUTION FOR INTREPID | 1123-000 | $607.44 | | $595,405.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $42,482.44 | $47,891.65 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-23399 | | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | CARL P. AMARI | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | XXXXXX9222 |
| | | | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX7217 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.42 | $594,549.38 |
| 06/04/15 | 11 | JERNBERG LAW GROUP LLC 905 N. CARLYLE LNARLINGTON HEIGHTS, IL 60004 | PARK AVE ENT. ACCRUED DIST | 1123-000 | $823.18 | | $595,372.56 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $883.93 | $594,488.63 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $855.14 | $593,633.49 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $882.56 | $592,750.93 |
| 08/27/15 | 11 | JERNBERG LAW GROUP LLC 905 N. CARLYLE LNARLINGTON HEIGHTS, IL 60004 | 1ST DIST RE PARK AVE ENT. LLC | 1123-000 | $3,541.38 | | $596,292.31 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $882.11 | $595,410.20 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.71 | $594,553.49 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $883.93 | $593,669.56 |
| 11/23/15 | 11 | JERNBERG LAW GROUP LLC | PARK AVE FINAL DISTRIBUTION | 1123-000 | $3,944.15 | | $597,613.71 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $855.63 | $596,758.08 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $887.21 | $595,870.87 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $885.94 | $594,984.93 |
| 02/29/16 | 3009 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $318.37 | $594,666.56 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $827.44 | $593,839.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                Page Subtotals:            $8,308.71        $9,875.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-23399
Case Name: CARL P. AMARI
Trustee Name: CATHERINE STEEGE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9222
Associated Bank - Checking Account

Taxpayer ID No: XX-XXX7217
For Period Ending: 10/28/2016
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $883.00 | $592,956.12 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $853.14 | $592,102.98 |
| 08/18/16 | 19 | CARL P AMARI | Sale of Property - 7400 W Lawrence, Harwood Heights, IL | 1129-000 | $15,000.00 | | $607,102.98 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,075,737.18 | $468,634.20 |
| Less: Bank Transfers/CD's | $966,543.23 | $0.00 |
| Subtotal | $109,193.95 | $468,634.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $109,193.95 | $468,634.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $15,000.00    $1,736.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX3831 |
| | BofA - Money Market Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/11 | 18 | DELAWARE COUNTY CLERK OF COURTS 91 North Sandusky StreetDelaware, Ohio 43015 | Claimant in S.E.C. v. One Equity Co | 1149-000 | $133.13 | | $133.13 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.97 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.81 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $132.64 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.48 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $132.15 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $131.98 |
| 06/26/12 | 18 | ONE EQUITY CORPORATION Frederick L. Ransier IIIPO Box 1008Columbus, OH 43216 | Claimant in S.E.C. v. One Equity Co | 1149-000 | $968,037.76 | | $968,169.74 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $39.83 | $968,129.91 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1,269.68 | $966,860.23 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $317.00 | $966,543.23 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $966,543.23 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $968,170.89 | $968,170.89 |
| Less: Bank Transfers/CD's | $0.00 | $966,543.23 |
| Subtotal | $968,170.89 | $1,627.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals: $968,170.89  $968,170.89

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $968,170.89 | $1,627.66 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3831 - BofA - Money Market Account | $968,170.89 | $1,627.66 | $0.00 |
| XXXXXX9222 - Associated Bank - Checking Account | $109,193.95 | $468,634.20 | $607,102.98 |
| | $1,077,364.84 | $470,261.86 | $607,102.98 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,077,364.84 |
| Total Gross Receipts: | $1,077,364.84 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-23399-JBS  
Debtor Name: CARL P. AMARI  
Claims Bar Date: 5/1/2012  

Date: October 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>50<br>4110 | COOK COUNTY TREASURER<br>COOK COUNTY TREASURER'S OFFICE<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET, ROOM 112<br>CHICAGO, IL 60606 | Secured<br>Payment Status:<br>Withdrawn | Date Filed: 06/28/2011<br><br>(2-1) PROPERTY TAXES<br>(2-1) MODIFIED ON 6/29/11 TO CORRECT CREDITOR'S NAME/ADDRESS. (AC)<br><br>Claimant withdrew claim [Dkt. No. 138] | $14,206.00 | $14,413.36 | $0.00 |
| 3<br>50<br>4110 | SCOTT HASE<br>C/O SCOTT M. LEVIN,<br>HOWARD & HOWARD<br>200 S. MICHIGAN AVE, STE 1100<br>CHICAGO, IL 60604 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/15/2011<br><br>Trustee paid $230,000 to claimant (Claim No. 3).<br>Claimant has unsecured claim of $667,430.00 (Claim No. 3-A).<br>Motion: Dkt 100 / Order: Dkt 108 | $847,684.00 | $897,430.00 | $230,000.00 |
| 4<br>50<br>4110 | TERRY UPTON<br>C/O O'DONNELL LAW FIRM<br>14044 PETRONELLA DRIVE, SUITE 1<br>LIBERTYVILLE, IL 60048 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/19/2011<br><br>(4-1) JUDGMENT LAKE COUNTY ILLINOIS(4-2) ILLINOIS STATE COURT JUDGMENT SECURED BY PROCEEDS OF FEDERAL COURT LAWSUIT<br>(4-1) INCOMPLETE PDF, FILE NOTIFIED TO FILE AN AMENDED CLAIM ON 8/22/11. (AC)<br><br>Trustee paid $115,000.00 (Secured Claim No. 4).<br>Claimant has unsecured claim of $1,036,021.18 (Unsecured Claim No. 4-A).<br>Motion: Dkt. 101 / Order: Dkt. 109 | $1,151,021.18 | $1,151,021.18 | $115,000.00 |
| 7<br>50<br>4110 | PLUNKETT COONEY PC<br>C/O AMELIA A BOWER<br>300 EAST BROAD STREET SUITE 590<br>COLUMBUS, OHIO 43215 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/03/2014<br><br>(7-1) ATTORNEYS FEES(7-2) CHARGING LIEN FOR ATTORNEYS FEES<br>(7-1) MODIFIED ON 4/20/12 TO CORRECT CREDITOR'S ADDRESS. (AC)<br><br>Trustee paid $15,000.00 (Claim No. 7).<br>Claimant waived remainder of claim (Claim No. 7-A WITHDRAWN).<br>Motion: Dkt. 114 / Order: Dkt. 120 | $0.00 | $67,156.24 | $15,000.00 |
| 8<br>50<br>4110 | MERLE L ROYCE<br>70 WEST MADISON STREET STE 2100<br>CHICAGO, IL 60602 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/04/2014<br><br>Trustee paid $25,000.00 (Claim No. 8)<br>Claimant waived remainder of claim (Claim No. 8-A - WITHDRAWN).<br>Motion: Dkt. 114 / Order: Dkt. 120 | $0.00 | $113,839.56 | $25,000.00 |
| 9<br>50<br>4110 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE, STE 204<br>ELMHURST, IL 60126 | Secured<br>Payment Status:<br>Withdrawn | Date Filed: 04/27/2012<br><br>Claimant withdrew claim.<br>Motion: Dkt. 81 / Order: Dkt. 82 | $81,898.21 | $50,000.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-23399-JBS  
Debtor Name: CARL P. AMARI  
Claims Bar Date: 5/1/2012  

Date: October 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 50 4110 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE, STE 204<br>ELMHURST, IL 60126 | Secured<br>Payment Status:<br>Withdrawn | Date Filed: 04/27/2012<br><br>Claimant withdrew claim.<br>Motion: Dkt. 81 / Order: Dkt. 82 | $0.00 | $61,030.75 | $0.00 |
| 11 50 4110 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE, STE 204<br>ELMHURST, IL 60126 | Secured<br>Payment Status:<br>Withdrawn | Date Filed: 04/27/2012<br><br>Claimant withdrew claim.<br>Motion: Dkt. 81 / Order: Dkt. 82 | $0.00 | $75,377.25 | $0.00 |
| 12 50 4110 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE, STE 204<br>ELMHURST, IL 60126 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/27/2012<br><br>Trustee paid $35,000.00 (Claim No. 12)<br>Unsecured claim of $46,497.03 (Claim No. 12-A)<br>Motion: Dkt. 81 / Order: Dkt. 82 | $0.00 | $81,497.03 | $35,000.00 |
| 100 2100 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $55,570.95 | $55,570.95 |
| BOND 100 2300 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $338.14 | $338.14 |
| BOND 100 2300 | Arthur B. Levine Company<br>Surety Bond Agents<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $318.37 | $318.37 |
| BOND 100 2300 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $834.38 | $834.38 |
| 100 3110 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $165,126.50 | $165,126.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-23399-JBS  
Debtor Name: CARL P. AMARI  
Claims Bar Date: 5/1/2012  

Date: October 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3120 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,286.92 | $4,286.92 |
| 100 3410 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,877.90 | $10,877.90 |
| 100 3420 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $54.49 | $54.49 |
| 1 300 7100 | WEST SUBURBAN BANK<br>C/O MS. GINA B. KROL<br>105 W. MADISON ST., STE. 1100<br>CHICAGO, IL 60602 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/27/2011<br><br>(1-1) PLEDGE OF STOCK & SECURITY ASSIGNMENT PROCEEDS OF MOVIE<br><br>Agreed to unsecured treatment and filed amended claim accordingly | $624,928.40 | $659,715.72 | $659,715.72 |
| 3-A 300 7100 | SCOTT HASE<br>C/O SCOTT M. LEVIN,<br>HOWARD & HOWARD<br>200 S. MICHIGAN AVE, STE 1100<br>CHICAGO, IL 60604 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/15/2011<br><br>Trustee paid $230,000 to claimant (Claim No. 3).<br>Claimant has unsecured claim of $667,430.00 (Claim No. 3-A).<br>Motion: Dkt 100 / Order: Dkt 108 | $0.00 | $667,430.00 | $667,430.00 |
| 4-A 300 7100 | TERRY UPTON<br>C/O O'DONNELL LAW FIRM<br>14044 PETRONELLA DRIVE,<br>SUITE 1<br>LIBERTYVILLE, IL 60048 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/19/2011<br><br>(4-1) JUDGMENT LAKE COUNTY ILLINOIS(4-2) ILLINOIS STATE COURT JUDGMENT SECURED BY PROCEEDS OF FEDERAL COURT LAWSUIT<br>(4-1) INCOMPLETE PDF, FILE NOTIFIED TO FILE AN AMENDED CLAIM ON 8/22/11. (AC)<br><br>Trustee paid $115,000.00 (Secured Claim No. 4).<br>Claimant has unsecured claim of $1,036,021.18 (Unsecured Claim No. 4-A).<br>Motion: Dkt. 101 / Order: Dkt. 109 | $0.00 | $1,151,021.18 | $1,036,021.18 |
| 5 300 7100 | ESTATE OF WILLIAM S. WEISS<br>YVONNE M. WEISS,<br>EXECUTOR<br>C/O ALEXANDER D. KERR, JR.,<br>ESQ.<br>200 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/10/2012<br><br>(5-1) JUDGMENT ENTERED IN CASE #10-L-1114, PLUS COSTS, INTEREST<br><br>Unsecured claim of $328,343.80<br>Adv. Pro. 13-769; Dkt. 13 | $328,343.00 | $328,343.80 | $328,343.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-23399-JBS  
Debtor Name: CARL P. AMARI  
Claims Bar Date: 5/1/2012  
Date: October 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 6<br>300<br>7100 | THOMAS NELSON, INC.<br>C/O PAUL G. JENNINGS, ESQ.<br>150 3RD AVENUE SOUTH, STE 2800<br>NASHVILLE, TN 37201 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/23/2012<br><br>Unsecured claim: $3,963,781.87<br>Dkt. 135 - reduced per agreed order | $5,041,073.97 | $4,576,148.63 | $3,963,781.87 |
| 7-A<br>300<br>7100 | PLUNKETT COONEY PC<br>C/O AMELIA A BOWER<br>300 EAST BROAD STREET<br>SUITE 590<br>COLUMBUS, OHIO 43215 | Unsecured<br>Payment Status:<br>Withdrawn | Date Filed: 02/03/2014<br><br>(7-1) ATTORNEYS FEES(7-2) CHARGING LIEN FOR ATTORNEYS FEES<br>(7-1) MODIFIED ON 4/20/12 TO CORRECT CREDITOR'S ADDRESS. (AC)<br><br>Trustee paid $15,000.00 (Claim No. 7).<br>Claimant waived remainder of claim (Claim No. 7-A WITHDRAWN).<br>Motion: Dkt. 114 / Order: Dkt. 120 | $0.00 | $52,156.24 | $0.00 |
| 8-A<br>300<br>7100 | MERLE L ROYCE<br>70 WEST MADISON STREET<br>STE 2100<br>CHICAGO, IL 60602 | Unsecured<br>Payment Status:<br>Withdrawn | Date Filed: 02/04/2014<br><br>Trustee paid $25,000.00 (Claim No. 8)<br>Claimant waived remainder of claim (Claim No. 8-A - WITHDRAWN).<br>Motion: Dkt. 114 / Order: Dkt. 120 | $0.00 | $88,839.56 | $0.00 |
| 12-A<br>300<br>7100 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE, STE 204<br>ELMHURST, IL 60126 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/27/2012<br><br>Trustee paid $35,000.00 (Claim No. 12)<br>Unsecured claim of $46,497.03 (Claim No. 12-A)<br>Motion: Dkt. 81 / Order: Dkt. 82 | $83,747.32 | $81,497.03 | $46,497.03 |
| 13<br>300<br>7100 | AS RECEIVER FOR IRA BODENSTEIN<br>STEVEN W SALUTRIC & CELLULOID DIST, LLC<br>TERENCE G BANISH<br>321 N CLARK ST., STE 800<br>CHICAGO, IL 60654 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/30/2012<br><br>(13-1) MODIFIED ON 5/1/12 TO CORRECT CREDITOR'S ADDRESS. (AC)<br><br>Unsecured claim $1,536,780.00<br>Adv. Pro. 13-768; Dkt. 14 | $0.00 | $1,536,780.00 | $1,536,780.00 |
| BOND<br>999<br>2300 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative<br>Payment Status:<br>Valid To Pay | Date Filed: 02/03/2014<br><br>Trustee Bond | $0.00 | $758.92 | $758.92 |
| | Case Totals | | | $8,172,902.08 | $11,891,864.10 | $8,896,736.17 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-23399
Case Name: CARL P. AMARI
Trustee Name: CATHERINE STEEGE

Balance on hand    $    607,102.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | MICHAEL A. MACIEJEWSKI, LTD. | $ 81,497.03 | $ 35,000.00 | $ 35,000.00 | $ 0.00 |
| 3 | SCOTT HASE | $ 897,430.00 | $ 230,000.00 | $ 230,000.00 | $ 0.00 |
| 4 | TERRY UPTON | $ 1,151,021.18 | $ 115,000.00 | $ 115,000.00 | $ 0.00 |
| 7 | PLUNKETT COONEY PC | $ 67,156.24 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| 8 | MERLE L ROYCE | $ 113,839.56 | $ 25,000.00 | $ 25,000.00 | $ 0.00 |

Total to be paid to secured creditors    $    0.00

Remaining Balance    $    607,102.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 55,570.95 | $ 0.00 | $ 55,570.95 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 165,126.50 | $ 0.00 | $ 165,126.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 4,286.92 | $ 0.00 | $ 4,286.92 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 10,877.90 | $ 0.00 | $ 10,877.90 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 54.49 | $ 0.00 | $ 54.49 |
| Other: Arthur B. Levine Company | $ 318.37 | $ 318.37 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 338.14 | $ 338.14 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1,593.30 | $ 1,593.30 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         235,916.76

Remaining Balance                                                                    $         371,186.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,238,569.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WEST SUBURBAN BANK | $ 659,715.72 | $ 0.00 | $ 29,723.29 |
| 3-A | SCOTT HASE | $ 667,430.00 | $ 0.00 | $ 30,070.85 |
| 4-A | TERRY UPTON | $ 1,036,021.18 | $ 0.00 | $ 46,677.62 |
| 5 | ESTATE OF WILLIAM S. WEISS | $ 328,343.80 | $ 0.00 | $ 14,793.43 |
| 6 | THOMAS NELSON, INC. | $ 3,963,781.87 | $ 0.00 | $ 178,586.97 |
| 12-A | MICHAEL A. MACIEJEWSKI, LTD. | $ 46,497.03 | $ 0.00 | $ 2,094.91 |
| 13 | AS RECEIVER FOR IRA BODENSTEIN | $ 1,536,780.00 | $ 0.00 | $ 69,239.15 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 371,186.22 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE