UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARL P. AMARI | § | Case No. 11-23399 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, November 29, 2016, in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/31/2016            By: /s/ Catherine Steege
                                            Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:              §
                    §
                    §
CARL P. AMARI       §    Case No. 11-23399
                    §
    Debtor          §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,077,364.84 |
| and approved disbursements of | $ | 470,261.86 |
| leaving a balance on hand of[1] | $ | 607,102.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | MICHAEL A. MACIEJEWSKI, LTD. | $ 81,497.03 | $ 35,000.00 | $ 35,000.00 | $ 0.00 |
| 3 | SCOTT HASE | $ 897,430.00 | $ 230,000.00 | $ 230,000.00 | $ 0.00 |
| 4 | TERRY UPTON | $ 1,151,021.18 | $ 115,000.00 | $ 115,000.00 | $ 0.00 |
| 7 | PLUNKETT COONEY PC | $ 67,156.24 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| 8 | MERLE L ROYCE | $ 113,839.56 | $ 25,000.00 | $ 25,000.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 607,102.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 55,570.95 | $ 0.00 | $ 55,570.95 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 165,126.50 | $ 0.00 | $ 165,126.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 4,286.92 | $ 0.00 | $ 4,286.92 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 10,877.90 | $ 0.00 | $ 10,877.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 54.49 | $ 0.00 | $ 54.49 |
| Other: Arthur B. Levine Company | $ 318.37 | $ 318.37 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 338.14 | $ 338.14 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1,593.30 | $ 1,593.30 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    235,916.76

Remaining Balance    $    371,186.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,238,569.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WEST SUBURBAN BANK | $ 659,715.72 | $ 0.00 | $ 29,723.29 |
| 3-A | SCOTT HASE | $ 667,430.00 | $ 0.00 | $ 30,070.85 |
| 4-A | TERRY UPTON | $ 1,036,021.18 | $ 0.00 | $ 46,677.62 |
| 5 | ESTATE OF WILLIAM S. WEISS | $ 328,343.80 | $ 0.00 | $ 14,793.43 |
| 6 | THOMAS NELSON, INC. | $ 3,963,781.87 | $ 0.00 | $ 178,586.97 |
| 12-A | MICHAEL A. MACIEJEWSKI, LTD. | $ 46,497.03 | $ 0.00 | $ 2,094.91 |
| 13 | AS RECEIVER FOR IRA BODENSTEIN | $ 1,536,780.00 | $ 0.00 | $ 69,239.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 371,186.22 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Catherine Steege
Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on October 31, 2016, I served the foregoing **Notice of Trustee's Final Report and Applications and Deadline to Object (NFR)** upon all counsel of record via e-mail through the Court's ECF notification system and to the parties on the attached Service List by First Class U.S. Mail on October 31, 2016.

           /s/ *Catherine Steege*
           Catherine Steege

Amari
11-23399

## SERVICE LIST

SERVED BY ECF

- Terence G Banich     tbanich@shawfishman.com, kbobb@shawfishman.com
- Terence G Banich     tbanich@shawfishman.com, kbobb@shawfishman.com
- Robert R Benjamin     rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
- Beverly A Berneman     baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com
- Ira Bodenstein     ibodenstein@shawfishman.com, cowens@shawfishman.com
- Paul W Bullard     paul@mamattorneys.com
- Joseph E Cohen     jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
- Nathaniel Cutler     nathan@fklawfirm.com
- Anthony J. D'Agostino     ajdagostino@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;aprior@golanchristie.com;tstephenson@golanchristie.com
- Lucas Fuksa     lucas@fklawfirm.com
- Craig A Goode     cgoode@salawus.com
- Craig A Goode     cgoode@salawus.com
- William S Hackney     whackney@salawus.com, jadams@salawus.com
- Andrew E Houha     andrew@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- Alexander D Kerr     akerr@tishlerandwald.com, bmurzanski@tishlerandwald.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Scott M Levin     slevin@howardandhoward.com, mharris@howardandhoward.com
- Richard S Mittelman     mittelmanr@eiden-odonnell.com
- James E. Morgan     jem@h2law.com, smckinney@howardandhoward.com
- David A. Newby     dnewby@comanderson.com, ejurgenson@comanderson.com
- Donald L. Newman     dnewmanassoc@yahoo.com, dnewmanassoc@yahoo.com
- Landon S Raiford     lraiford@jenner.com, mmatlock@jenner.com
- Catherine L Steege     csteege@jenner.com, docketing@jenner.com
- Catherine L Steege     csteege@jenner.com, docketing@jenner.com
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.epiqsystems.com

SERVED BY FIRST CLASS U.S. MAIL

| | | |
|---|---|---|
| Carl P. Amari<br>1051 E Main St<br>Suite 105<br>East Dundee, IL 60118-2455 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Glenview State Bank<br>800 Waukegan Road<br>Glenview, IL 60025-4310 |
| Chase<br>P.0. Box 9001020<br>Louisville, KY 40290-1020 | Cook County Treasurer<br>Cook County Treasurer's Office<br>Legal Department<br>118 North Clark Street, Room 112<br>Chicago, IL 60602-1332 | Cook County Treasurer<br>P.O. Box 4488<br>Carol Stream, IL 60197-4488 |
| Donal Goedke<br>195 Oak Glenn Dr.<br>Bartlett, IL 60103-4610 | Estate of William S. Weiss<br>Yvonne M. Weiss, Executor<br>c/o Alexander D. Kerr, Jr., Esq.<br>200 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606-5815 | Falcon Picture Group LLC<br>1051 E. Main St.<br>Dundee, IL 60118-2454 |
| First Merit Bank, N.A.<br>P.O. Box 3648<br>Akron, OH 44309-3648 | Genius Products, Inc<br>2230 Broadway<br>Santa Monica, CA 90404-2914 | Genius Products, Inc<br>c/o Erik D. Gruber<br>135 S. LaSalle St<br>Chicago, IL 60603-4177 |
| Gladiator Enterprises, LLC<br>c/o Comon & Anderson, P.C.<br>2525 Cabot Drive, Ste 300<br>Lisle, IL 60532-0916 | Gladiator Enterprises, LLC<br>c/o Corporation Service Company<br>2711 Centerville Rd, #400<br>Wilmington, DE 19808-1645 | Gladiator Enterprises, LLC.<br>Maureen Maffei<br>Coman 6 Anderson, PC<br>2525 Cabot Drive, Suite 300<br>Lisle, IL 60532-0916 |
| ING Direct<br>P.O. Box 60<br>Saint Cloud, MN 56302-0060 | Ira Bodenstein, as receiver for<br>Steven W Salutric 6 Celluloid Dist, LLC<br>Terence G Banish<br>321 N Clark St., Ste 800<br>Chicago, IL 60654-4766 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc<br>P.O. Box 80730<br>Rochester, MI 48308-0730 |
| Kramer Tree Specialists- Profit<br>Sharing Plan<br>c/o Results Financial<br>945 H. Oaklawn Ave<br>Elmhurst, IL 60126-1012 | Merle L Royce<br>70 West Madison Street<br>Ste 2100<br>Chicago, IL 60602-4253 | Michael A. Maciejewski, Ltd.<br>Michael A. Maciejewski<br>970 Oaklaw Ave, Ste. 204<br>Elmhurst, IL 60126-1000 |

| | | |
|---|---|---|
| Michelle Amari<br>11 Cutters Run<br>Barrington, IL 60010-6169 | Plunkett Cooney PC<br>c/o Amelia A Bower<br>300 East Broad Street Suite 590<br>Columbus, Ohio 43215-3758 | Results One CPA, Inc<br>970 N. Oaklawn Ave, Ste. 310<br>Elmhurst, IL 60126-1027 |
| Results One Mortgage Corp.<br>c/o Frank M. Fanella<br>1771 Bloomingdale Rd.<br>Glendale Heights, IL 60139-2168 | Robert C. Gienko<br>5 Trenton Ct<br>Barrington, IL 60010-9596 | Scott Hase<br>c/o Scott M. Levin, Howard &<br>Howard<br>200 S. Michigan Ave, Ste 1100<br>Chicago, IL 60604-2461 |
| Steven W. Salutric<br>1212 Lakeside Lane<br>Carol Stream, IL 60188-2950 | TAC Services Inc<br>3217 Charlemagne Ln<br>Saint Charles, IL 60174-8613 | Terry Upton<br>c/o Adam Kingsley<br>230 Center Drive, Ste 102<br>Vernon Hills, IL 60061-1584 |
| Terry Upton<br>c/o Adam Kingsley<br>O'Donnell Law Firm<br>14044 Petronella Drive, Suite 1<br>Libertyville, IL 60048-9656 | Terry Upton<br>c/o O'Donnell Law Firm<br>14044 Petronella Drive, Suite 1<br>Libertyville, IL 60048-9656 | Thomas Nelson<br>501 Nelson Place<br>Nashville, TN 37214-3600 |
| Thomas Nelson, Inc<br>Nelson Place at Elm Hill Pike<br>P.O. Box 141000<br>Nashville, TN 37214-1000 | Thomas Nelson, Inc.<br>c/o Paul G. Jennings, Esq.<br>150 3rd Avenue South, Ste 2800<br>Nashville, TN 37201-2017 | Verna A. Scott Trust<br>c/o Results One Financial, LLC<br>945 N. Oaklawn Ave<br>Elmhurst, IL 60126-1012 |
| West Suburban Bank<br>c/o Giagnorio 6 Robertelli, Ltd.<br>130 S Bloomingdale Rd<br>P.O. Box 726<br>Bloomingdale, IL 60108-0726 | West Suburban Bank<br>c/o Ms. Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602-4600 | William Weiss<br>c/o DeSalvo & Crowden, P.C.<br>400 W. Roosevelt Rd, Ste. 2E<br>Wheaton, IL 60187-2315 |
| William Weiss<br>c/o Metro Paint Supplies<br>4901 Prime Parkway<br>McHenry, IL 60050-7016 | Robert R Benjamin<br>Golan & Christie, LLP<br>70 West Madison Street<br>Suite 1500<br>Chicago, IL 60602-4265 | Scott Hase<br>c/o Scott H. Levin<br>200 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604-2461 |

| | | |
|---|---|---|
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602 | Craig A. Goode<br>SmithAmundsen LLC<br>150 N. Michigan Ave.<br>Suite 3300<br>Chicago, IL 60601-7524 | James E. Morgan<br>Howard & Howard Attorneys PLLC<br>200 S. Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| Merle L Royce<br>70 West Madison Street<br>Suite 2100<br>Chicago, IL 60602 | Thomas Nelson, Inc.<br>c/o Paul G. Jennings, Esq.<br>150 3rd Avenue South, Ste 2800<br>Nashville, TN 37201 | |

5