# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARL P. AMARI | § | Case No. 11-23399 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,406,303.00 *(Without deducting any secured claims)* | Assets Exempt: 22,400.00 |
| Total Distributions to Claimants: 791,186.22 | Claims Discharged Without Payment: 13,003,241.04 |
| Total Expenses of Administration: 286,178.62 | |

3) Total gross receipts of $ 1,077,364.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,077,364.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,751,263.39 | $ 2,511,765.37 | $ 420,000.00 | $ 420,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 286,178.62 | 286,178.62 | 286,178.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,557,496.35 | 9,141,932.16 | 8,238,569.60 | 371,186.22 |
| **TOTAL DISBURSEMENTS** | $ 13,308,759.74 | $ 11,939,876.15 | $ 8,944,748.22 | $ 1,077,364.84 |

4) This case was originally filed under chapter 7 on 06/01/2011. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2017         By: /s/CATHERINE STEEGE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1.964% Interest in Park Avenue Entertainment, LLC | 1123-000 | 8,308.71 |
| 10% Interest is Intrepid Acquisitions LLC | 1123-000 | 42,482.44 |
| 7400 W. Lawrence Avenue, Unit 235, Harwood Heights, IL  6070 | 1129-000 | 15,000.00 |
| Claimant in S.E.C. v. One Equity Corp., et al. | 1149-000 | 1,011,573.69 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,077,364.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 9001020 Louisville, KY 40290 | | 131,454.00 | NA | NA | 0.00 |
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | 25,000.00 | NA | NA | 0.00 |
| | ING Direct P.O. Box 60 Saint Cloud, MN 56302 | | 1,500,000.00 | NA | NA | 0.00 |
| 2 | COOK COUNTY TREASURER | 4110-000 | 14,206.00 | 14,413.36 | 0.00 | 0.00 |
| 8 | MERLE L ROYCE | 4110-000 | NA | 113,839.56 | 25,000.00 | 25,000.00 |
| 10 | MICHAEL A. MACIEJEWSKI, LTD. | 4110-000 | NA | 61,030.75 | 0.00 | 0.00 |
| 11 | MICHAEL A. MACIEJEWSKI, LTD. | 4110-000 | NA | 75,377.25 | 0.00 | 0.00 |
| 12 | MICHAEL A. MACIEJEWSKI, LTD. | 4110-000 | NA | 81,497.03 | 35,000.00 | 35,000.00 |
| 9 | MICHAEL A. MACIEJEWSKI, LTD. | 4110-000 | 81,898.21 | 50,000.00 | 0.00 | 0.00 |
| 7 | PLUNKETT COONEY PC | 4110-000 | NA | 67,156.24 | 15,000.00 | 15,000.00 |
| 3 | SCOTT HASE | 4110-000 | 847,684.00 | 897,430.00 | 230,000.00 | 230,000.00 |
| 4 | TERRY UPTON | 4110-000 | 1,151,021.18 | 1,151,021.18 | 115,000.00 | 115,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,751,263.39 | $ 2,511,765.37 | $ 420,000.00 | $ 420,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| TRUSTEE CATHERINE STEEGE | 2100-000 | NA | 55,570.95 | 55,570.95 | 55,570.95 |
| Arthur B. Levine Company | 2300-000 | NA | 656.51 | 656.51 | 656.51 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 1,593.30 | 1,593.30 | 1,593.30 |
| ASSOCIATED BANK | 2600-000 | NA | 46,384.39 | 46,384.39 | 46,384.39 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 1,627.66 | 1,627.66 | 1,627.66 |
| JENNER & BLOCK LLP | 3110-000 | NA | 165,126.50 | 165,126.50 | 165,126.50 |
| JENNER & BLOCK LLP | 3120-000 | NA | 4,286.92 | 4,286.92 | 4,286.92 |
| ALAN D. LASKO | 3410-000 | NA | 10,877.90 | 10,877.90 | 10,877.90 |
| ALAN D. LASKO | 3420-000 | NA | 54.49 | 54.49 | 54.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 286,178.62 | $ 286,178.62 | $ 286,178.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Donal Goedke 195 Oak Glenn Dr. Bartlett, IL 60103 | | 249,125.00 | NA | NA | 0.00 |
| | First Merit Bank, N.A. P.O. Box 3648 Akron, OH 44309 | | 103,282.38 | NA | NA | 0.00 |
| | Genius Products, Inc c/o Erik D. Gruber 135 S. LaSalle St Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gladiator Enterprises, LLC c/o Comon & Anderson, P.C. 2525 Cabot Drive, Ste 300 Lisle, IL 60532 | | 2,031,114.00 | NA | NA | 0.00 |
| | Kramer Tree Specialists- Profit Sharing Plan c/o Results Financial 945 N. Oaklawn Ave Elmhurst, IL 60126 | | 100,000.00 | NA | NA | 0.00 |
| | Results One CPA, Inc 970 N. Oaklawn Ave, Ste. 310 Elmhurst, IL 60126 | | 20,006.00 | NA | NA | 0.00 |
| | Results One Mortgage Corp. c/o Frank M. Fanella 1771 Bloomingdale Rd. Glendale Heights, IL 60139 | | 34,039.28 | NA | NA | 0.00 |
| | Scott Hase c/o Scott M. Levin, Howard & Howard 200 S. Michigan Ave, Ste 1100 Chicago, IL 60604 | | 847,687.00 | NA | NA | 0.00 |
| | Steven W. Salutric 1212 Lakeside Lane Carol Stream, IL 60188 | | 0.00 | NA | NA | 0.00 |
| | TAC Services Inc 3217 Charlemagne Ln Saint Charles, IL 60174 | | 4,150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verna A. Scott Trust c/o Results One Financial, LLC 945 N. Oaklawn Ave Elmhurst, IL 60126 | | 90,000.00 | NA | NA | 0.00 |
| 13 | AS RECEIVER FOR IRA BODENSTEIN | 7100-000 | 0.00 | 1,536,780.00 | 1,536,780.00 | 69,239.15 |
| 5 | ESTATE OF WILLIAM S. WEISS | 7100-000 | 328,343.00 | 328,343.80 | 328,343.80 | 14,793.43 |
| 8-A | MERLE L ROYCE | 7100-000 | NA | 88,839.56 | 0.00 | 0.00 |
| 12-A | MICHAEL A. MACIEJEWSKI, LTD. | 7100-000 | 83,747.32 | 81,497.03 | 46,497.03 | 2,094.91 |
| 7-A | PLUNKETT COONEY PC | 7100-000 | NA | 52,156.24 | 0.00 | 0.00 |
| 3-A | SCOTT HASE | 7100-000 | NA | 667,430.00 | 667,430.00 | 30,070.85 |
| 4-A | TERRY UPTON | 7100-000 | NA | 1,151,021.18 | 1,036,021.18 | 46,677.62 |
| 6 | THOMAS NELSON, INC. | 7100-000 | 5,041,073.97 | 4,576,148.63 | 3,963,781.87 | 178,586.97 |
| 1 | WEST SUBURBAN BANK | 7100-000 | 624,928.40 | 659,715.72 | 659,715.72 | 29,723.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 9,557,496.35 | $ 9,141,932.16 | $ 8,238,569.60 | $ 371,186.22 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-23399 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | CARL P. AMARI | | | | Date Filed (f) or Converted (c): | 06/01/2011 (f) |
| | | | | | 341(a) Meeting Date: | 07/14/2011 |
| For Period Ending: | 02/13/2017 | | | | Claims Bar Date: | 05/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 2. American Charter Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Colt 45 | 150.00 | 0.00 | | 0.00 | FA |
| 6. Glock 50 | 150.00 | 0.00 | | 0.00 | FA |
| 7. Ohio National Financial Services | 0.00 | 0.00 | | 0.00 | FA |
| 8. 75% Interest in Falcon Picture Group LLC | 0.00 | Unknown | | 0.00 | FA |
| 9. 36.09% Interest in Madison Miracles, LLC | Unknown | Unknown | | 0.00 | FA |
| 10. 10% Interest is Intrepid Acquisitions LLC | 0.00 | 42,482.44 | | 42,482.44 | FA |
| 11. 1.964% Interest in Park Avenue Entertainment, LLC | 0.00 | 6,823.18 | | 8,308.71 | FA |
| 12. 50% Interest in John Mendell, LLC | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 51% Interest in Celluloid Distribution, LLC | 72,403.00 | 0.00 | | 0.00 | FA |
| 14. 270,000 Shares of Media Bay, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Black Eye Entertainment, LLC-2011 Loan | 20,000.00 | 0.00 | | 0.00 | FA |
| 16. FOID, Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2011 Jeep Wrangler | 22,500.00 | 0.00 | | 0.00 | FA |
| 18. Claimant in S.E.C. v. One Equity Corp., et al. | 0.00 | 1,011,573.69 | | 1,011,573.69 | FA |
| 19. 7400 W. Lawrence Avenue, Unit 235, Harwood Heights, IL 6070 (u) | 66,330.00 | 66,330.00 | | 15,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $1,495,033.00 | $1,127,209.31 | $1,077,364.84 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report was on file with US Trustee and Debtor amended schedules to disclose previously undisclosed asset. Trustee is investigating asset.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 11 Cutters Run<br>South Barrington, IL  60010 |
| RE PROP # | 2 | -- | (Negative Balance, -$201.03) |
| RE PROP # | 7 | -- | $1,000,000.00 Renewable Term Life Insurance |
| RE PROP # | 18 | -- | 08 CV 667 (USDC, Southern District of Ohio)<br>$2,800,000.00 plus interest<br><br>See Also:<br>Amari v. Triangle Equities, et al.<br>American Arbitration Assoc # 53180Y00104 07<br><br>In the Court of Common Pleas of Delaware County, Ohio<br>07-CVH-12-1569<br>$2,860,000.00 and current claim $3,375,385.00 |
| RE PROP # | 19 | -- | 1/3 Interest as Joint Tenant |

Initial Projected Date of Final Report (TFR): 06/30/2013          Current Projected Date of Final Report (TFR): 09/01/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9222 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $966,543.23 | | $966,543.23 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $595.81 | $965,947.42 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $615.48 | $965,331.94 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $595.12 | $964,736.82 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $614.60 | $964,122.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,433.18 | $962,689.04 |
| 02/22/13 | 3001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS STREETNEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | $834.38 | $961,854.66 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,292.71 | $960,561.95 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,428.06 | $959,133.89 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,379.85 | $957,754.04 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,423.91 | $956,330.13 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,375.95 | $954,954.18 |
| 07/15/13 | 18 | FREDERICK L. RANSIER III PO Box 1008Columbus, OH  43216 | Settlement Payment | 1149-000 | $43,402.80 | | $998,356.98 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,455.19 | $996,901.79 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,482.12 | $995,419.67 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,432.34 | $993,987.33 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,477.78 | $992,509.55 |

| | | | | Page Subtotals: | $1,009,946.03 | $17,436.48 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-23399 | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | CARL P. AMARI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9222 |
| | | | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX7217 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,428.01 | $991,081.54 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,473.39 | $989,608.15 |
| 02/03/14 | 3002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras St.New Orleans, LA  70139 | Blanket Bond | 2300-000 | | $758.92 | $988,849.23 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,471.35 | $987,377.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,326.16 | $986,051.72 |
| 03/17/14 | 3003 | MICHAEL J. MACIEJEWSKI, LTD. | Per Order Approving Settlement 2/27/2014 Order Approving Settlement Agreement with Michael Maciejewski, Ltd. | 4110-000 | | $35,000.00 | $951,051.72 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,445.81 | $949,605.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,366.29 | $948,239.62 |
| 06/05/14 | 3004 | SCOTT HASE | SETTLEMENT PYMNT PER 5/20/14 ORDER SETTLEMENT PAYMENT PER ORDER APPROVING SETTLEMENT DATED 5/20/14 | 4110-000 | | $230,000.00 | $718,239.62 |
| 06/05/14 | 3005 | TERRY UPTON | SETTLEMENT PYMNT PER 5/20/14 ORDER SETTLEMENT PAYMENT PER ORDER APPROVING SETTLEMENT DATED 5/20/14 | 4110-000 | | $115,000.00 | $603,239.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,409.76 | $601,829.86 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $1,014.85 | $600,815.01 |

Page Subtotals: $0.00   $391,694.54

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9222 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/06/14 | 3006 | PLUNKETT COONEY PC<br><br>C/O AMELIA A BOWER<br>300 EAST BROAD STREET SUITE 590<br>COLUMBUS, OHIO 43215 | PER 7/22/14 COURT SETTLEMENT ORDER | 4110-000 | | $15,000.00 | $585,815.01 |
| 08/06/14 | 3007 | MERLE L ROYCE<br>70 WEST MADISON STREETSTE 2100CHICAGO, IL 60602 | PER 7/22/14 COURT SETTLEMENT ORDER | 4110-000 | | $25,000.00 | $560,815.01 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $893.33 | $559,921.68 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.68 | $559,065.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $804.42 | $558,260.58 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $829.97 | $557,430.61 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $802.02 | $556,628.59 |
| 12/11/14 | 10 | JERNBERG LAW GROUP LLC | ACCRUED DISTRIBUTION FOR INTREPID | 1123-000 | $1,875.00 | | $558,503.59 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $829.36 | $557,674.23 |
| 01/21/15 | 10 | JERNBERG LAW GROUP LLC<br>905 N. Carlyle LnArlington Heights, IL 60004 | INTREPID DISTRIBUTION | 1123-000 | $40,000.00 | | $597,674.23 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $850.25 | $596,823.98 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $801.42 | $596,022.56 |
| 03/18/15 | 3008 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $338.14 | $595,684.42 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $886.06 | $594,798.36 |
| 04/21/15 | 10 | JERNBERG LAW GROUP LLC | ACCRUED DISTRIBUTION FOR INTREPID | 1123-000 | $607.44 | | $595,405.80 |
| | | | Page Subtotals: | | $42,482.44 | $47,891.65 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9222 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.42 | $594,549.38 |
| 06/04/15 | 11 | JERNBERG LAW GROUP LLC 905 N. CARLYLE LNARLINGTON HEIGHTS, IL 60004 | PARK AVE ENT. ACCRUED DIST | 1123-000 | $823.18 | | $595,372.56 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $883.93 | $594,488.63 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $855.14 | $593,633.49 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $882.56 | $592,750.93 |
| 08/27/15 | 11 | JERNBERG LAW GROUP LLC 905 N. CARLYLE LNARLINGTON HEIGHTS, IL 60004 | 1ST DIST RE PARK AVE ENT. LLC | 1123-000 | $3,541.38 | | $596,292.31 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $882.11 | $595,410.20 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $856.71 | $594,553.49 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $883.93 | $593,669.56 |
| 11/23/15 | 11 | JERNBERG LAW GROUP LLC | PARK AVE FINAL DISTRIBUTION | 1123-000 | $3,944.15 | | $597,613.71 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $855.63 | $596,758.08 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $887.21 | $595,870.87 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $885.94 | $594,984.93 |
| 02/29/16 | 3009 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $318.37 | $594,666.56 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $827.44 | $593,839.12 |

Page Subtotals: $8,308.71 $9,875.39

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-23399 | Trustee Name: | CATHERINE STEEGE |
| Case Name: | CARL P. AMARI | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX9222 |
|  |  |  | Associated Bank - Checking Account |
| Taxpayer ID No: | XX-XXX7217 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $883.00 | $592,956.12 |
| 05/06/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $853.14 | $592,102.98 |
| 08/18/16 | 19 | CARL P AMARI | Sale of Property - 7400 W Lawrence, Harwood Heights, IL | 1129-000 | $15,000.00 |  | $607,102.98 |
| 11/30/16 | 3010 | TRUSTEE CATHERINE STEEGE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 |  | $55,570.95 | $551,532.03 |
| 11/30/16 | 3011 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION |  |  | $169,413.42 | $382,118.61 |
|  |  | JENNER & BLOCK LLP | ($165,126.50) | 3110-000 |  |  |  |
|  |  | JENNER & BLOCK LLP | ($4,286.92) | 3120-000 |  |  |  |
| 11/30/16 | 3012 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION |  |  | $10,932.39 | $371,186.22 |
|  |  | LASKO, ALAN D. | ($10,877.90) | 3410-000 |  |  |  |
|  |  | LASKO, ALAN D. | ($54.49) | 3420-000 |  |  |  |
| 11/30/16 | 3013 | WEST SUBURBAN BANK<br>C/O MS. GINA B. KROL<br>105 W. MADISON STREET, STE 1100<br>CHICAGO, IL 60602 | FINAL DISTRIBUTION | 7100-000 |  | $29,723.29 | $341,462.93 |
| 11/30/16 | 3014 | SCOTT HASE<br>C/O SCOTT M. LEVIN<br>HOWARD & HOWARD<br>200 S. MICHIGAN AVE., STE 1100<br>CHICAGO, IL 60604 | FINAL DISTRIBUTION | 7100-000 |  | $30,070.85 | $311,392.08 |

Page Subtotals: $15,000.00   $297,447.04

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9222 |
| | Associated Bank - Checking Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/16 | 3015 | TERRY UPTON<br>C/O O'DONNELL LAW FIRM<br>14044 PETRONELLA DRIVE, STE 1<br>LIBERTYVILLE, IL 60048 | FINAL DISTRIBUTION | 7100-000 | | $46,677.62 | $264,714.46 |
| 11/30/16 | 3016 | ESTATE OF WILLIAM S. WEISS<br>YVONNE M. WEISS, EXECUTOR<br>C/O ALEXANDER D. KERR, JR., ESQ.<br>200 S. WACKER DRIVE, STE. 3000<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | 7100-000 | | $14,793.43 | $249,921.03 |
| 11/30/16 | 3017 | THOMAS NELSON, INC.<br>C/O PAUL G. JENNINGS, ESQ.<br>150 3RD AVENUE SOUTH, STE. 2800<br>NASHVILLE, TN 37201 | FINAL DISTRIBUTION | 7100-000 | | $178,586.97 | $71,334.06 |
| 11/30/16 | 3018 | MICHAEL A. MACIEJEWSKI, LTD.<br>970 OAKLAWN AVE., STE 204<br>ELMHURST, IL 60126 | FINAL DISTRIBUTION | 7100-000 | | $2,094.91 | $69,239.15 |
| 11/30/16 | 3019 | AS RECEIVER FOR IRA BODENSTEIN<br>STEVEN W. SALUTRIC & CELLULOID DIST, LLC<br>TERENCE G. BANISH<br>321 N. CLARK ST., STE 800<br>CHICAGO, IL 60654 | FINAL DISTRIBUTION | 7100-000 | | $69,239.15 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,075,737.18 | $1,075,737.18 |
| Less: Bank Transfers/CD's | $966,543.23 | $0.00 |
| Subtotal | $109,193.95 | $1,075,737.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $109,193.95 | $1,075,737.18 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $311,392.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-23399 | Trustee Name: CATHERINE STEEGE |
| Case Name: CARL P. AMARI | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX3831 |
| | BofA - Money Market Account |
| Taxpayer ID No: XX-XXX7217 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/11 | 18 | DELAWARE COUNTY CLERK OF COURTS 91 North Sandusky StreetDelaware, Ohio 43015 | Claimant in S.E.C. v. One Equity Co | 1149-000 | $133.13 | | $133.13 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.97 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.81 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $132.64 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.48 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.16 | $132.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $132.15 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.17 | $131.98 |
| 06/26/12 | 18 | ONE EQUITY CORPORATION Frederick L. Ransier IIIPO Box 1008Columbus, OH 43216 | Claimant in S.E.C. v. One Equity Co | 1149-000 | $968,037.76 | | $968,169.74 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $39.83 | $968,129.91 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1,269.68 | $966,860.23 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $317.00 | $966,543.23 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $966,543.23 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $968,170.89 | $968,170.89 |
| Less: Bank Transfers/CD's | $0.00 | $966,543.23 |
| Subtotal | $968,170.89 | $1,627.66 |
| Page Subtotals: | $968,170.89 | $968,170.89 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $968,170.89 | $1,627.66 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3831 - BofA - Money Market Account | $968,170.89 | $1,627.66 | $0.00 |
| XXXXXX9222 - Associated Bank - Checking Account | $109,193.95 | $1,075,737.18 | $0.00 |
| | $1,077,364.84 | $1,077,364.84 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,077,364.84 |
| Total Gross Receipts: | $1,077,364.84 |